No. 89–5950.  LEBBOS v. STATE BAR OF CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 89–5951.  GAINER v. DOE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 89–5954.  STROOP ET AL. v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 89–5955.  BYNUM v. BUREAU OF PRISONS.  C. A. 11th Cir.  Certiorari denied.

No. 89–5956.  BYNUM v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 89–5964.  MARTINEZ v. TANSY, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 89–5969.  LAVRICK v. NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 89–5970.  GAINER v. KRAMER ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 89–5972.  MURRAY v. PUCKETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY.  C. A. 5th Cir.  Certiorari denied.

No. 89–5973.  UPSHAW v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 89–5974.  SMITH v. ALABAMA ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 89–5975.  SOBAMOWO v. UNITED STATES ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 89–5976.  KEPHART v. GOODSON ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 89–5977.  ROCHON v. LOUISIANA STATE PENITENTIARY INMATE ACCOUNT ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 89–5978.  STOKES v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.